1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURA BETH CONRAD,

      Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

      Defendant.

Case No. C12-1469-MJP-JPD

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 17.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall give plaintiff an opportunity for a new hearing and new decision. Specifically, the ALJ shall further evaluate plaintiff's residual functional capacity and support the findings with specific references to the evidence of record in manner consistent with

Social Security Ruling 96-8p.  The ALJ shall also obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on plaintiff's occupational base.  Before relying on vocational expert evidence, the ALJ shall identify and resolve any conflicts between the vocational expert evidence and information in the *Dictionary of Occupational Titles* and the *Selected Characteristics of Occupations*.

Upon proper application, the Court will consider whether reasonable attorney's fees and cost should be awarded pursuant to 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).  A proposed order accompanies this Report and Recommendation.

DATED this 17th day of January, 2013.

James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2